IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MCC MANAGEMENT OF NAPLES, INC.;
BGC II MANAGEMENT OF NAPLES, INC.,
MILES C. COLLIER, and BARRON G.
COLLIER, II

        Plaintiffs,

vs.

ARNOLD & PORTER, LLP; KENT A. YALOWITZ,
THOMAS R. DWYER, and MELVIN C. GARBOW,

        Defendants.
_____/

Miscellaneous Case No. _____
CASE NO. 2:07-cv-387-FtM-29SPC
(United States District Court for the
  Middle District of Florida)

## REQUEST FOR HEARING ON MOTION OF NON-PARTIES INTERNATIONAL BANCSHARES CORPORATION AND INTERNATIONAL BANK OF COMMERCE TO QUASH SUBPOENA DUCES TECUM ISSUED TO ELIAS, MATZ, TIERNAN & HERRICK, LLP

Pursuant to Local Rule LCvR 7(f) and LCvR 78.1, Non-Parties International Bancshares Corporation and International Bank of Commerce request a hearing on their Motion to Quash Subpoena Duces Tecum Issued to Elias, Matz, Tiernan & Herrick, LLP.

DATED: May 19, 2008

_____
J. Jonathan Schraub    D.C. Bar No. 950816
jjschraub@sandsanderson.com
Paige A. Levy    D.C. Bar No. 453535
plevy@sandsanderson.com
SANDS ANDERSON MARKS & MILLER, P.C.
1497 Chain Bridge Road
Suite 202
McLean, VA 22101
Telephone:  (703) 893-3600
Facsimile:  (703) 893-8484

Terry W. Tippens, OBA No. 9027
Kevin R. Donelson, OBA No. 12647
Carole L. Houghton, OBA No. 18047
FELLERS, SNIDER, BLANKENSHIP,
　　BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-8820
Telephone:　(405) 232-0621
Facsimile:　(405) 232-9659

***Attorneys for International Bancshares Corporation***

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I served the foregoing REQUEST FOR HEARING ON MOTION OF NON-PARTIES INTERNATIONAL BANCSHARES CORPORATION AND INTERNATIONAL BANK OF COMMERCE TO QUASH SUBPOENA DUCES TECUM ISSUED TO ELIAS, MATZ, TIERNAN & HERRICK, LLP by U.S. Mail, postage prepaid, on the following:

Carl Coleman, Esq.
David C. Potter, Esq.
Fowler, White, Boggs & Banker, PA
2235 First St
Ft Myers, FL 33901

-and-

Jacqueline Caldwell, Esq.
Terry Moore, Esq.
Krugliak, Wilkins, Griffith &
    Dougherty Co, LPA
4775 Munson St. NW
Canton, OH 44735

Madeline Ebelini
Knott, Consoer, Ebelini, Hart & Swett, PA
1625 Hendry Street, Suite 301
P.O. Box 2449
Ft. Myers, FL 33901

*Attorneys for Plaintiffs MCC Management of Naples, Inc., BGC II Management of Naples, Inc., Miles C. Collier and Barron G. Collier II*

Christina Frohock, Esq.
Richard H. Critchlow, Esq.
Kenny Nachwalter, PA
Suite 1100
201 S. Biscayne Blvd
Miami, FL 33131

*Attorneys for Defendant Arnold & Porter, LLP*

Elias Matz Tiernan & Herrick, LLP
734 15th Street, NW 12th Floor
Washington, DC 20005

440941.1/32091

_____
Paige A. Levy