UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MCC MANAGEMENT OF NAPLES, INC.;
BGC II MANAGEMENT OF NAPLES, INC.;
MILES C. COLLIER; BARRON G.
COLLIER II,

        Plaintiffs,

vs.

ARNOLD & PORTER, LLP; KENT A.
YALOWITZ; THOMAS R. DWYER;
MELVIN C. GARBOW,

        Defendants.

_____/

**Misc. Case No. 1:08-MC-320-RMU**

CASE NO.: 2:07-cv-387-FtM-29SPC

(United States District Court for the Middle District of Florida)

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO (1) MOTION OF NON-PARTIES TO QUASH SUBPOENA DUCES
TECUM ISSUED TO ELIAS, MATZ, TEIRNAN & HERRICK, LLP AND (2) MOTION
OF NON-PARTIES TO QUASH SUBPOENA DUCES TECUM ISSUED TO JEFFREY D.
HAAS, ESQ., PATTON BOGGS LLP AND BRIEF IN SUPPORT**

COME NOW the Plaintiffs in the above-referenced action pending in the United States District Court for the Middle District of Florida, Fort Myers Division before the Honorable John E Steele, and respectfully file this Unoccupied Motion for Enlargement of Time to Respond to (1) Motion of Non-Parties to Quash Subpoena Duces Tecum Issued to Elias, Matz, Teirnan &

Herrick LLP and (2) Motion of Non-Parties to Quash Subpoena Duces Tecum Issued to Jeffrey D. Haas, Esq., Patton Boggs LLP. A Brief in Support of this Response is set forth below.

## BRIEF IN SUPPORT

### INTRODUCTION

The Plaintiffs, MCC Management of Naples, Inc., BGC II Management of Naples, Inc., Miles C. Collier and Barron G. Collier II (collectively, the "Plaintiffs") and the Non-Parties, INTERNATIONAL BANCSHRES CORPORATION and INTERNATIONAL BANK OF COMMERCE (collectively, "IBC") have filed a Joint Motion to Stay All Proceedings in this case pending a ruling by the Honorable Judge John E. Steele on identical discovery motions pending in the underlying case in the United States District Court for the Middle District of Florida, Fort Myers (the "Florida Action"). For the reasons set forth below, the Plaintiffs also seek an extension of time to respond to IBC's motions to quash the subpoenas duces tecum issued to Elias, Matz, Teirnan & Herrick LLP and Jeffrey D. Haas, Esq., Patton Boggs LLP. More specifically, the Plaintiffs respectfully request that they be allowed to file their responses to these motions within twenty (20) days of the later of (1) the date the Court rules on the Joint Motion to Stay All Proceedings or (2) the date that any stay entered in this case is lifted.

### ARGUMENT AND AUTHORITIES

It is beyond dispute that the Court has the authority to grant an enlargement of time to the Plaintiffs to file responses to the motions to quash filed by IBC. No previous motions for extension of time have been requested in this proceeding. The Plaintiffs and IBC have moved to stay all proceedings in this case until Judge Steele rules on almost identical motions to quash in

the Florida Action. In the interests of uniformity and judicial economy, the Plaintiffs request an enlargement of time to respond to IBC's motions to quash until after the Court rules on the Joint Motion to Stay. Granting the requested enlargement will conserve resources for all of the parties and ensure a uniform result on motions that raise essentially identical issues. The extension requested herein will have no impact on any scheduled trial or other deadlines in this case.

## CONCLUSION

Wherefore, the Plaintiffs respectfully request that they be allowed to file their responses to IBC's motions to quash within twenty (20) days of the later of (1) the date the Court rules on the Joint Motion to Stay All Proceedings or (2) the date that any stay entered in this case is lifted.

Dated: May 27, 2008.

Carl Joseph Coleman, Esq.
Florida Bar Number: 578207
David C. Potter, Esq.
Florida Bar No. 0388254
FOWLER WHITE BOGGS BANKER, P.A.
Post Office Box 1567
Fort Myers, FL 33901
Ph: (239) 334-7892
Fax: (239) 334-3240

Terry A. Moore, Esq.
Jacqueline Bollas Caldwell, Esq.
Krugliak, Wilkins, Griffith & Dougherty Co., LPA
4775 Munson Street NW
P.O. Box 36963
Canton, OH 44735-6963
Ph: 330-497-0700
Fax: 330-497-4020

Respectfully submitted,

William Blakely, Esq.
D.C. Bar No. 326793
Lauren DeSantis-Then, Esquire
District of Columbia Bar No. 500542
POLSINELLI SHALTON FLANIGAN SUELTHAUS
555 12th Street, N.W., Suite 710
Washington D.C. 2004-1206
Ph: (202) 626-8310
Fax: (202) 783-3535

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the Plaintiffs have conferred with counsel for IBC with respect to this motion. Counsel for IBC indicate that they do not oppose the relief sought by the motion.

_____
William D. Blakely, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 27, 2008, I filed the foregoing document with the U.S. District Court, District of Columbia *via Hand-Delivery*. I further certify that I mailed the foregoing document via First Class Mail, prepaid postage, to the following:

Christina Frohock, Esq.
Richard H. Critchlow, Esq.
Kenny Nachwalter, P.A.
Suite 1100
201 S. Biscayne Blvd
Miami, FL 33131
*Attorneys for Defendant Arnold & Porter, LLP*

Elias Matz Tiernan & Herrick, LLP
734 15th Street, NW 12th Floor
Washington, DC 20005

Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037

_____
William Blakely, Esquire

4

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MCC MANAGEMENT OF NAPLES, INC.;
BGC II MANAGEMENT OF NAPLES, INC.;
MILES C. COLLIER; BARRON G.
COLLIER II,

       Plaintiffs,

vs.

ARNOLD & PORTER, LLP; KENT A.
YALOWITZ; THOMAS R. DWYER;
MELVIN C. GARBOW,

       Defendants.

_____/

Misc. Case No. 1:08-MC-320-RMU

CASE NO.: 2:07-cv-387-FtM-29SPC

(United States District Court for the
Middle District of Florida)

ORDER GRANTING UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO RESPOND

Upon consideration of the Plaintiffs Unopposed Motion for Enlargement of Time to Respond to (1) Motion of Non-Parties to Quash Subpoena Duces Tecum issued by Elias, Matz, Teirnan & Herrick, LLP; and (2) Motion of Non-Parties to Quash Subpoena Duces Tecum issued by Jeffrey D. Haas, Patton Boggs, LLP, and finding that there is good cause to grant the requested enlargement of time, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia ORDERED that;

The Plaintiffs' responses to IBC's Motions to Quash shall be filed within twenty (20) days of the later of (1) this Order or (2) the date that this stay is lifted, is **GRANTED**.

    **SO ORDERED.**

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies forwarded to:

Christina Frohock, Esq.
Richard H. Critchlow, Esq.
Kenny Nachwalter, PA
Suite 1100
201 S. Biscayne Blvd
Miami, FL 33131

Elias Matz Tiernan & Herrick, LLP
734 15th Street, NW 12th Floor
Washington, DC 20005

Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037

William Blakely, Esq.
Lauren DeSantis-Then, Esquire
POLSINELLI SHALTON FLANIGAN SUELTHAUS
555 12th Street, N.W., Suite 710
Washington D.C. 2004-1206

J. Jonathan Schraub, Esq.
Paige A. Levy, Esq.
SANDS ANDERSON MARKS & MILLER, P.C.
1497 Chain Bridge Road, Suite 202
McLean, VA 22101

Carl Joseph Coleman, Esq.
David C. Potter, Esq.
FOWLER WHITE BOGGS BANKER, P.A.
Post Office Box 1567
Fort Myers, FL 33901

Terry W. Tipens, Esq.
Kevin R. Donelson, Esq.
Carole L. Houghton, Esq.
FELLERS, SNIDER, BLANKENSHIP, BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-2280