UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MCC MANAGEMENT OF NAPLES, INC.;
BGC II MANAGEMENT OF NAPLES, INC.;
MILES C. COLLIER; BARRON G.
COLLIER II,

        Plaintiffs,

vs.

ARNOLD & PORTER, LLP; KENT A.
YALOWITZ; THOMAS R. DWYER;
MELVIN C. GARBOW,

        Defendants.

_____/

Misc. Case No. 1:08-MC-320-RMU

CASE NO.: 2:07-cv-387-FtM-29SPC

(United States District Court for the
Middle District of Florida)

## JOINT MOTION TO STAY ALL PROCEEDINGS AND BRIEF IN SUPPORT

COMES NOW the Plaintiffs, MCC MANAGEMENT OF NAPLES, INC., BGC II MANAGEMENT OF NAPLES, INC., MILES C. COLLIER, and BARRON G. COLLIER II (the "Colliers") (collectively, the "Plaintiffs") and the Non-Parties, INTERNATIONAL BANCSHRES CORPORATION and INTERNATIONAL BANK OF COMMERCE (collectively, "IBC"), by and through their undersigned attorneys, and respectfully move the

- 1 -

Court for an order staying all proceedings in this action. A Brief in Support of this Motion is set forth below.

I.  **INTRODUCTION**

The main litigation in this action is pending in the United States District Court for the Middle District of Florida, Fort Myers Division, Case Number 2:07cv387 before the Honorable John E. Steele (the "Florida Action"). The Plaintiffs have sued the Defendants, Arnold & Porter, LLP, Kent A. Yalowitz, Thomas R. Dwyer and Melvin C. Garbow (collectively the "Defendants"), in the Florida Action, alleging in their Second Amended Complaint that the Defendants acted as joint counsel for Plaintiffs and IBC in a dispute with the FDIC regarding the tax obligations and rights regarding tax legislation concerning a bank previously owned by Plaintiffs that is now owned by IBC. The Defendants deny the allegations in the Second Amended Complaint.

As part of the Florida Action, the Plaintiffs have served a Subpoena Duces Tecum on both Elias, Matz, Tiernan & Herrick, LLP and Jeffrey Haas of Patton Boggs LLP in the District of Columbia. IBC has filed separate motions to quash both of these subpoenas with this Court. In addition, the Plaintiffs have served similar subpoenas on four other non-parties in Texas and Oklahoma. IBC has filed essentially identical motions to quash those subpoenas in federal court in Texas and Oklahoma. The Oklahoma Court has entered an Order transferring IBC's motions to quash to Judge Steele in the Middle District of Florida. A copy of that Order is attached hereto as Exhibit A. In addition, in a hearing held on Friday, May 23, 2008, the Texas Court ruled that it also would transfer IBC's motions to quash to Judge Steele. The parties anticipate the Texas Court entering an order to that effect later this week. The present motions to quash pending before this Court raise the identical issues as the motions in Oklahoma and Texas, which

have been transferred to Judge Steele in the Middle District of Florida. For the reasons set forth below, both the Plaintiffs and IBC respectfully request that the present matter be stayed pending Judge Steele's rulings on the motions to quash which were filed by IBC in Oklahoma and Texas and which have been transferred to the Middle District of Florida.

## II. ARGUMENT AND AUTHORITIES

"A court has inherent power to stay proceedings in control of its docket, after balancing the competing interests." Dellinger v. Mitchell, 442 F.2d 782, 786 (D.C. Cir. 1971). "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. North American Co., 299 U.S. 248, 254 (1936). "The trial court has broad discretion to stay all proceedings in an action pending resolution of independent proceedings elsewhere." Hisler v. Gallaudet University, 344 F. Supp. 2d 29, 35 (D.D.C. 2004); see also Milton Hosp. v. Thompson, 2007 WL 1549078, at *2 (D.D.C. 2007), citing Marsh v. Johnson, 263 F. Supp. 2d 49, 52 (D.D.C. 2003).

As explained above, as part of the Florida Action, the Plaintiffs have served subpoenas on non-parties in Oklahoma, Texas and Washington D.C. IBC has filed motions to quash these subpoenas in each of these jurisdictions. IBC's motions to quash in Oklahoma and Texas are in the process of being transferred to Judge Steele in the Florida Action. The issues raised in these motions to quash are identical. These issues are also substantially similar to issues already before the Florida Court. In the interest of uniformity and judicial economy, the Plaintiffs and IBC agree that these issues are most properly decided in the Florida Action by Judge Steele who is most familiar with this case. Thus, as both the Plaintiffs and IBC have recognized in the

motions to transfer and responses thereto filed in Oklahoma and Texas, a decision on the present motions to quash requires a full understanding and consideration of the entire lawsuit in Florida.

Thus, in this instance a stay of the present action before this Court is not only warranted but necessary. IBC claims that the information sought in the subpoenas is confidential and privileged. Given the history of the litigation, the Florida court is in a better position to evaluate the issues of privilege, confidentiality and the like involved in this discovery dispute. A judge who is fully familiar with the underlying litigation is in a better position to resolve such issues than a judge in a different district with no knowledge of the case.

In light of the well established precedent, and in the interest of uniformity and judicial economy, it is clear that this Court has discretionary authority to stay this matter until such time as Judge Steele rules upon the identical motions IBC filed in Oklahoma and Texas which have been transferred to Judge Steele for resolution. Given the complexity of the pending issues, it is appropriate to stay this case and allow Judge Steele to rule on theses issues in the Middle District of Florida, Fort Myers Division, where the primary action is pending.

### III. CONCLUSION

For the reasons set forth above, a stay of the present action is appropriate. Judge Steele is familiar with the complex issues presented in the Florida Action. The issues presented by IBC's motions to quash which are pending in this Court are identical to issues pending before Judge Steele in the Florida Action. The Plaintiffs and IBC agree that the Florida Court is in the best position to rule on these issues. Accordingly, in the interest of justice and judicial economy, the Plaintiffs and IBC respectfully request the Court stay the present action pending a decision by Judge Steele on the issues raised by motions pending before him in the Florida Action.

Dated: May 27, 2008.

_____
William Blakely, Esq.
D.C. Bar No. 326793
Lauren DeSantis-Then, Esquire
District of Columbia Bar No. 500542
POLSINELLI SHALTON FLANIGAN
SUELTHAUS
555 12th Street, N.W., Suite 710
Washington D.C. 2004-1206
Ph: (202) 626-8310
Fax: (202) 783-3535

Carl Joseph Coleman, Esq.
Florida Bar Number: 578207
David C. Potter, Esq.
Florida Bar No. 0388254
FOWLER WHITE BOGGS BANKER, P.A.
Post Office Box 1567
Fort Myers, FL 33901
Ph: (239) 334-7892
Fax: (239) 334-3240

Respectfully submitted,

/s/ _____
J. Jonathan Schraub, Esq.
D.C. Bar No. 950816
Paige A. Levy, Esq.
D.C. Bar No. 453535
SANDS ANDERSON MARKS &
MILLER, P.C.
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
Ph: (703) 893-360
Fax: (703) 893-8484

Terry W. Tipens, Esq.
Oklahoma Bar Number 9027
Kevin R. Donelson, Esq.
Oklahoma Bar Number 12647
Carole L. Houghton, Esq.
Oklahoma Bar No. 18047
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-2280
Ph: (405) 232-0621
Fax: (405) 232-9659

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 27, 2008, I filed the foregoing document with the U.S. District Court, District of Columbia *via Hand-Delivery*. I further certify that I mailed the foregoing document via First Class Mail, prepaid postage, to the following:

Christina Frohock, Esq.
Richard H. Critchlow, Esq.
Kenny Nachwalter, PA
Suite 1100
201 S. Biscayne Blvd
Miami, FL 33131
*Attorneys for Defendant Arnold & Porter LLP*

Elias Matz Tiernan & Herrick, LLP
734 15th Street, NW 12th Floor
Washington, DC 20005

Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037

_____
William Blakely, Esquire

# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| INTERNATIONAL BANCSHARES CORPORATION, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ERNST & YOUNG, L.L.P., et al., )<br>)<br>Defendants. ) | Case No. CIV-08-466-M |

### ORDER

Before the Court is International Bancshares Corporation and International Bank of Commerce ("IBC") with their motions to transfer [docket nos. 3 and 4], filed May 2, 2008.[1] MCC Management of Naples, Inc., BGC II Management of Naples, Inc., Miles C. Collier and Barron G. Collier II ("the Colliers"), filed their response to the motions to transfer on May 19, 2008.

The instant cause of action concerns IBC's Motions to Quash Subpoena Duces Tecum based on subpoenas issued to Ernst & Young and KPMG Peat Marwick. In their response, the Colliers state that they do not oppose the transfer of this action to the United States District Court for the Middle District of Florida, Fort Myers Division. In the interest of uniformity and judicial economy, the Court GRANTS IBC's motions to transfer and TRANSFERS this action to the United States District Court for the Middle District of Florida, Fort Myers Division.

**IT IS SO ORDERED this 22nd day of May, 2008.**

*Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] MCC Management of Naples, Inc., BGC II Management of Naples, Inc., Miles C. Collier and Barron G. Collier II ("the Colliers") have an action pending in the United States District Court for the Middle District of Florida, Fort Myers Division.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MCC MANAGEMENT OF NAPLES, INC.;
BGC II MANAGEMENT OF NAPLES, INC.;
MILES C. COLLIER; BARRON G.
COLLIER II,

        Plaintiffs,

vs.

ARNOLD & PORTER, LLP; KENT A.
YALOWITZ; THOMAS R. DWYER;
MELVIN C. GARBOW,

        Defendants.
_____/

Misc. Case No. 1:08-MC-320-RMU

CASE NO.: 2:07-cv-387-FtM-29SPC

(United States District Court for the
Middle District of Florida)

## ORDER APPROVING JOINT MOTION TO STAY ALL PROCEEDINGS

Having considered the Plaintiffs, MCC Management of Naples, Inc., BGC II Management of Naples, Inc., Miles C. Collier, and Barron G. Collier II and the Non-Parties, International Bancshares Corporation and International Bank of Commerce's Joint Motion to Stay All Proceeding pending Judge John Steele's ruling on the motions to quash which were filed by IBC in Oklahoma and Texas and which have been transferred to the Middle District of Florida and finding that there is good cause to grant the requested relief, it is this ___ day of _____, 2008, by the United States District Court for the District of Columbia ORDERED that;

The Plaintiffs' and the Non-Parties' Joint Motion to Stay All Proceedings is GRANTED; and it is further ORDERED that

This action is hereby STAYED in its entirety pending Judge Steele's ruling.

                                            _____
                                            THE HONORABLE RICARDO M. URBINA
                                            UNITED STATES DISTRICT JUDGE

Copies forwarded to:

Christina Frohock, Esq.
Richard H. Critchlow, Esq.
Kenny Nachwalter, PA
Suite 1100
201 S. Biscayne Blvd
Miami, FL 33131

Elias Matz Tiernan & Herrick, LLP
734 15th Street, NW 12th Floor
Washington, DC 20005

Jeffrey D. Haas, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037

William Blakely, Esq.
Lauren DeSantis-Then, Esquire
POLSINELLI SHALTON FLANIGAN SUELTHAUS
555 12th Street, N.W., Suite 710
Washington D.C. 2004-1206

J. Jonathan Schraub, Esq.
Paige A. Levy, Esq.
SANDS ANDERSON MARKS & MILLER, P.C.
1497 Chain Bridge Road, Suite 202
McLean, VA 22101

Carl Joseph Coleman, Esq.
David C. Potter, Esq.
FOWLER WHITE BOGGS BANKER, P.A.
Post Office Box 1567
Fort Myers, FL 33901

Terry W. Tipens, Esq.
Kevin R. Donelson, Esq.
Carole L. Houghton, Esq.
FELLERS, SNIDER, BLANKENSHIP, BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-2280